UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   NO. 3:12-00218 |
| | )   JUDGE CAMPBELL |
| ALBERT RANKIN | ) |

ORDER

Pending before the Court is a Motion of the United States to Unseal the Indictment (Docket No. 73). The Motion is GRANTED.

It is so ORDERED.

*[signature]*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE